UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **XINRONG LIN,**<br><br>Plaintiff,<br><br>v.<br><br>**WASABI N' WOK INC,** *et al.*,<br><br>Defendants. | Civil Action No. 18-11278 (LHG)<br><br><br>**ORDER GRANTING<br>FINAL APPROVAL OF SETTLEMENT<br>AND<br>DISMISSING CASE** |

      **THIS MATTER** having been brought before the Court upon the parties' Joint Motion for Approval of Settlement Agreement [Docket Entry No. 38], seeking an Order approving the settlement of the wage claims asserted in this case on the terms provided in the Settlement Agreement attached as Exhibit 01 to the Joint Motion [Docket Entry No. 38-1]; the Court having read and considered the submissions of the parties, and all parties who have appeared in this action having joined in the Joint Motion, the Court having concluded based upon the submissions that the settlement concerns a bona fide dispute, given the claims made by Plaintiff as to unpaid wages; and the Court having further concluded that after analysis of the factors enumerated in *Girsh v. Jepson*, 521 F.2d 153, 157 (3d Cir. 1975), that the settlement is fair and reasonable, particularly in light of the expense of litigation, the mounting attorneys' fees, the risks inherent in proceeding, including the risk that Defendants might be unable to withstand a judgment; and the Court having determined that the proposed settlement is fair and reasonable in light of all of the circumstances and is not inconsistent with the purposes of the wage laws under which the claims were asserted, but rather supports them; and the Court finding that that the allocation of the settlement funds among applicable categories of damages and attorneys' fees has a reasonable basis, and for good cause shown,

      **IT IS** on this \_\_\_2ND\_\_\_ day of **October, 2019,**

      **ORDERED** that the Parties' Joint Motion for Settlement Approval [Docket Entry No. 38] is hereby **GRANTED**; and it is further

      **ORDERED** that the settlement of the wage claims in this case on the terms provided in the Settlement Agreement, including all of the mutual releases among the parties, is hereby **APPROVED**; and it is further

**ORDERED** that the following allocation of the settlement funds, to be paid in installments as set forth in the Settlement Agreement, is **APPROVED**: $1,140.95 for unreimbursed expenses; $41,239.38 to Plaintiff, to be evenly distributed between lost wages and liquidated damages, and $20,619.68 for attorneys' fees; and it is further

**ORDERED** that this action is hereby **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that the Clerk's Office is instructed to close this matter.

LOIS H. GOODMAN
United States Magistrate Judge